**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ZHUOPENG LI<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO DETENTION FACILITY,<br><br>Respondent. | Case No. 5:26-cv-02484-AH-DFM<br><br>Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of the objections that were filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation of the United States Magistrate Judge (Dkt. 23) is **ACCEPTED**.

2. Count One of the Petition is **GRANTED** to the extent it seeks release. Respondent is **ORDERED** to immediately release Petitioner (A-Number: 246-874-713) under the conditions that governed immediately before his October 23, 2025 re-detention.

3. Count Two of the Petition is **DISMISSED** without prejudice as moot.

4. Count Three of the Petition is **DENIED**.

5. Respondent is **ORDERED** to file a Notice of Release within three (3) days of this Order confirming that Petitioner has been released.

Date: AUGUST 5, 2026

ANNE HWANG
United States District Judge